Bobby Clayton VICK, Sr., Petitioner—
Appellant,

v.

Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent—Appellee.

No. 05–7499.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 29, 2006.

James Orlando Broccoletti, Zoby &
Broccoletti, Norfolk, Virginia, for Appel-
lant. Steven Andrew Witmer, Office of
the Attorney General of Virginia, Rich-
mond, Virginia, for Appellee.

Before WILKINSON, LUTTIG, and
WILLIAMS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Bobby Clayton Vick, Sr., seeks to appeal
the district court's order dismissing his
petition filed under 28 U.S.C. § 2254
(2000). The district court referred this
case to a magistrate judge pursuant to 28
U.S.C. § 636(b)(1)(B) (2000). The magis-
trate judge recommended that relief be
denied and advised Vick that failure to file
timely objections to this recommendation
could waive appellate review of a district
court order based upon the recommenda-
tion. Despite this warning, Vick failed to
object to the magistrate judge's recom-
mendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation.
See Wells v. Shriners Hosp., 109 F.3d 198,
199–200 (4th Cir.1997); see also Thomas v.
Arn, 474 U.S. 140, 106 S.Ct. 466, 88
L.Ed.2d 435 (1985). Vick has waived ap-
pellate review by failing to file objections
after receiving proper notice. According-
ly, we deny a certificate of appealability
and dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*